UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Scroggins

   v.                                                       Case No. 21-cv-870-JL

FCI Berlin, Warden


## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated February 10, 2023 . "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**SO ORDERED.**

                                                                     _____
                                                                     Joseph N. Laplante
                                                                     United States District Judge

Date: March 9, 2023

cc:    Christopher Scroggins, pro se
        Heather A. Cherniske, AUSA
        Seth R. Aframe, AUSA